# WHEELING.

WITZ *et al.* v. LOCKRIDGE *et al.*

Submitted January 20, 1894.—Decided June 11, 1894.

(HOLT, JUDGE, Absent.)

Syllabus same as in *Guggenheimer* v. *Lockridge* (decided this day) 19 S. E. Rep. 874.

H. S. RUCKER, for appellants.

L. M. MCCLINTIC, for appellee Lockridge.

W. M. & J. T. MCALLISTER, for appellee First National Bank, of Buena Vista.

BRANNON, PRESIDENT :

This was a chancery suit in Pocahontas Circuit Court by Witz, Beidler & Co. against H. M. Lockridge and others, to collect a debt due plaintiffs upon joint notes made by H. M. Lockridge and J. B. Lockridge, and to avoid fraudulent conveyances of land and subject the land thereto. The facts stated in the original and amended bills are the same, *mutatis mutandis*, as in the case of *Guggenheimer* v. *Lockridge*, (*supra* p. 457). The amended bill in this case exhibits a deed from Moore to Lockridge bearing date after the commencement of this suit, whereas it is dated before the commencement of the suit of Guggenheimer & Co. ; but the bill states distinctly that such conveyance had been made ; and the date of a deed is only *prima facie* the time of its execution.

For reasons given in the case of Guggenheimer we affirm the decree of the Circuit Court dismissing the case without prejudice to another suit.